No. D–2659. IN RE DISCIPLINE OF DOUGLAS. James B. Douglas, Jr., of Auburn, Ala., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.